**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
Kristina De La Rosa (SBN 279821)
kdelarosa@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tele.: (619) 595-3001/Fax: (619) 595-3000

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian, II (SBN 146621)
sahagii@aol.com
18250 Ventura Blvd.
Tarzana, CA 91356
Tele.: (818) 609-0807/Fax: (818) 609-0892

Attorneys for Plaintiff BENJAMIN PEDERSON
individually and on behalf of others similarly situated

JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BENJAMIN PEDERSON, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ADP, LLC; a California Limited Liability Company; ADP PAYROLL SERVICES, INC., a Delaware Corporation; AUTOMATIC DATA PROCESSING, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:19-cv-00827 JGB (SPx)<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>Complaint filed: May 2, 2019<br>Trial Date: Not set |

---

ORDER DISMISSING ENTIRE ACTION | CASE NO. 5:19-CV-00827 JGB (SPX)

Having read and considered the Parties Joint Stipulation for an Order of Dismissal, and finding good cause, the Court GRANTS the Stipulation and orders that:

1. The individual claims of Plaintiff BENJAMIN PEDERSON against Defendants ADP, LLC; ADP PAYROLL SERVICES, INC.; and AUTOMATIC DATA PROCESSING, INC. are dismissed in their entirety without prejudice.

2. All claims as to the putative class against Defendants ADP, LLC; ADP PAYROLL SERVICES, INC.; and AUTOMATIC DATA PROCESSING, INC. are dismissed in their entirety without prejudice.

3. Each Party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: August 20, 2019

The Honorable Jesus G. Bernal
United States District Judge